## FINANCIAL AFFIDAVIT

CJA 23
Rev. 5/98

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

IN UNITED STATES ☒ MAGISTRATE ☐ DISTRICT ☐ APPEALS COURT or ☐ OTHER PANEL (Specify below)

IN THE CASE OF: U.S.A. v.s. Michael Jackson

FOR: Northern District Illinois
AT: Eastern Division

LOCATION NUMBER:

PERSON REPRESENTED (Show your full name): Michael Jackson

1. ☒ Defendant—Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Parole Violator
6. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other

CHARGE/OFFENSE (describe if applicable & check box →): ☒ Felony ☐ Misdemeanor

18 U.S.C. 1344·2

FILED MAR 20 2008
Magistrate Judge Sidney I. Schenkier

DOCKET NUMBERS
Magistrate:
District Court: 08CR211-3
Court of Appeals:

### ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**
Are you now employed? ☒ Yes  ☐ No  ☐ Am Self-Employed
Name and address of employer:
IF YES, how much do you earn per month? $ 1200.00
IF NO, give month and year of last employment. How much did you earn per month? $ ___
If married is your Spouse employed? ☒ Yes  ☐ No
IF YES, how much does your Spouse earn per month? $ 1600.00
If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ ___

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☒ No
RECEIVED                SOURCES
IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES  $ ___

**CASH**
Have you any cash on hand or money in savings or checking accounts? ☐ Yes ☒ No  IF YES, state total amount $ ___

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☒ No
VALUE                DESCRIPTION
IF YES, GIVE THE VALUE AND $ DESCRIBE IT ___

FILED MAR 20 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS:
☐ SINGLE
☒ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED
Total No. of Dependents: 3

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| | APARTMENT OR HOME: | Credit | Monthly Paymt. |
|---|---|---|---|
| | Rent | | 1000.00 |
| | Phone | | 100.00 |
| | Light | $ | 50.00 |
| | Gas | $ | 50.00 |

I certify under penalty of perjury that the foregoing is true and correct. Executed on (date) March 20, 2008

SIGNATURE OF DEFENDANT (OR PERSON REPRESENTED) ▶ /s/ Michael Jackson